Opinion filed October 21, 1931. Rehearing denied November 2, 1931.

Maxfield Weisbrod, for plaintiff in error. B. B. Chodash, for defendant in error.

Mr. Justice Friend delivered the opinion of the court.

**The People of the State of Illinois, defendant in error, v. Dominic Silvana, plaintiff in error. Gen. No, 34,793.**

Opinion filed October 21, 1931.

Max Rosenzweig and Frank DeBartolo, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; E. E. Wilson and Grenville Beardsley, Assistant State's Attorneys, of counsel.

Mr. Justice Friend delivered the opinion of the court.

**Dorothy M. Kruger, appellee, v. Milton C. Kruger, appellant. Gen. Nos. 34,797 and 34,972, consolidated under No. 34,797.**

Opinion filed October 21, 1931.

David K. Tone, for appellant. Albert Sabath and Charles Hudson, for appellee.

Mr. Justice Friend delivered the opinion of the court.

**Udell Rickles, a minor, by David Rickles, her father and next friend, appellee, v. City of Chicago, appellant. Gen. No. 34,812.**

Opinion filed October 21, 1931.

Samuel A. Ettelson, Corporation Counsel, and Joseph Rubens, City Attorney. for appellant; Samuel L. Golan, Assistant City Attorney, and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. Philip Rosenthal and Samuel M. Meyers, for appellee; Stuart B. Krohn and Philip Rosenthal, of counsel.

Mr. Justice Friend delivered the opinion of the court.

**Dorothy M. Kruger, appellee, v. Milton C. Kruger, appellant. Gen. No. 34,972.**

Opinion filed October 21, 1931.

David K. Tone, for appellant. Albert Sabath and Charles Hudson, for appellee.

Mr. Justice Friend delivered the opinion of the court.